950

The People *ex rel.* Robert Lazar, Plaintiff-Appellee, *v.* James B. Conlisk, Jr., Superintendent of Police of the City of Chicago, *et al.*, Defendants-Appellants.

(No. 57210; )

First District (3rd Division)—October 4, 1973.

PER CURIAM.
McGLOON, J., took no part.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Edmund Hatfield, Assistant Corporation Counsel, of counsel,) for appellants.

Coghlan and Joyce, of Chicago, (William J. Nellis, of counsel,) for appellee.

The City of Chicago, Plaintiff, *v.* Jeanette Mendelson, Third-Party Plaintiff-Appellee—(Cook County Department of Public Aid *et al.*, Third-Party Defendants-Appellants.)

(No. 57537; )

First District (3rd Division)—October 4, 1973.

